M.D. Appeal Dkt.
14 MAP 2021

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 541 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DANIEL TALLEY, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)     Is the Commonwealth required under Art. I, [S]ection 14 of the Pennsylvania Constitution to produce clear and convincing evidence at a bail revocation hearing in order to meet its burden of proof that there is "no condition or combination of conditions other than imprisonment that will reasonably assure the safety of any person and the community when the proof is evident or presumption great"?

(2)     Is it a violation of the Best Evidence Rule to permit the introduction of screenshots of text messages, and supporting testimony thereto, when those screenshots omit portions of the messages, all hyperlinks, and all metadata, and the original was in the possession of the offering party but has never been produced to the non-offering party?